United States District Court
Southern District of Texas

**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ANGEL GABRIEL OLMEDO-PORTILLO,** | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-01068 |
| **WARDEN,** *et al.*, | § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 6).

The Court **ORDERS** Petitioner to file an advisory **by July 28, 2026**, regarding the status of Petitioner's immigration proceedings, including any orders from an Immigration Judge and pending appeals to the Board of Immigration Appeals.

It is so **ORDERED**.

**SIGNED** on July 21, 2026.

John A. Kazen
United States District Judge